# UNITED STATES DISTRICT COURT

### for the

### District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| MELVIN ROSHARD ALFRED, | ) |
| a/k/a "King Maybach" | ) |
| | ) |
| _Defendant(s)_ | ) |

Case No.  **18mj01170-KLM**

**4:18mj1469**

United States Courts
Southern District of Texas
FILED
_September 17, 2018_
David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, Robert Spivey, the complainant in this case, state that the following is true to the best of my knowledge and belief: On or about between September 7, 2018 to September 14, 2018 in the State and District of Colorado and elsewhere, Melvin Roshard Alfred, a/k/a "King Maybach" (with "King" depicted as an emoji crown), knowingly attempted to persuade, induce, entice, and coerce an individual, "G Baby," also known as "Nikki," to travel in interstate commerce, from Colorado to Texas, to engage in prostitution, in violation of Title 18, United States Code, Section 2422(a).

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 2422(a) | Coercion and Enticement |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X**  Continued on attached sheet.

_s/Robert Spivey_
_Complainant's signature_

Robert Spivey, Special Agent, FBI
_Printed name and title_

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **14 Sep 2018**

_Judge's signature_

Nina Y. Wang
United States Magistrate Judge
_Printed name and title_

City and state: Denver, Colorado

<u>DEFENDANT:</u>           Melvin Roshard Alfred,
a/k/a "King Maybach"

<u>YOB:</u>               1986

<u>ADDRESS</u> (CITY/STATE):  Houston, Texas

<u>OFFENSE(S):</u>       18 U.S.C. § 2422(a)

<u>LOCATION OF OFFENSE:</u> Arapahoe County, Colorado and elsewhere

<u>PENALTY:</u>          NMT 20 years' imprisonment, NMT a $250,000 fine, or both; NLT 5
years' supervised release and NMT a lifetime of supervised release;
and a $100 special assessment fee

<u>AGENT:</u>             Robert Spivey, FBI Special Agent

<u>AUTHORIZED BY:</u>     Emily May
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL:</u>

  X   five days or less       over five days     other

<u>THE GOVERNMENT</u> will seek detention in this case pursuant to a 18 U.S.C. §3142(f)(2)

The statutory presumption of detention is **not** applicable to this defendant.

OCDETF CASE:        Yes   X   No

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert Spivey, a Special Agent with the Federal Bureau of Investigation's (FBI) Innocence Lost Task Force, being duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent with the FBI's Innocence Lost Task Force since 2016. As a member of the Innocence Lost Task Force, I am responsible for investigating cases involving human trafficking for the purpose of sexual servitude. I have been a Special Agent with the FBI for nine years. In addition to investigating human trafficking, I have investigated violent crime matters, complex financial crimes, and cyber intrusions. I have received training in the areas of domestic and international sex trafficking, the commercial sexual exploitation of children, pimping, and prostitution investigations.

2.      Assisting in the investigation is an undercover (UC) Task Force Officer, hereinafter referred to as the UC. The UC has been employed as a Task Force Officer with FBI's Innocence Lost Task Force since January 2016. As a Task Force Officer, the UC is responsible for investigating cases involving human trafficking for the purpose of sexual servitude. The UC is also an Investigator with the Arapahoe County Sheriff's Office and has been employed in the law enforcement profession for 19 years. The UC has received training in the areas of domestic and international sex trafficking, the commercial sexual exploitation of children, pimping, prostitution and sexual assault investigations. The UC has been the lead investigator in over fifty human trafficking investigations and has assisted in over one hundred additional human trafficking and prostitution-related investigations.

3.      This affidavit is presented in support of an arrest warrant and criminal complaint. Based on the following facts, I submit that there is probable cause to believe that from on or about between September 7, 2018 to September 14, 2018, in the State and District of Colorado and elsewhere, Melvin Roshard Alfred, a/k/a "King Maybach" (with "King" depicted as an emoji crown), knowingly attempted to persuade, induce, entice, and coerce an individual, "G Baby," who later identified herself as "Nikki," to travel in interstate commerce, from Colorado to Texas, to engage in prostitution, in violation of Title 18, United States Code, Section 2422(a).

4.      Because this affidavit is being submitted for the limited purpose of securing a complaint and an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Melvin Roshard Alfred committed the offense described above. I have not intentionally omitted facts that would tend to undermine probable cause.

5.      The information set forth herein is based upon my participation in the investigation, encompassing my personal knowledge, observations, and experience as well as information obtained from other officers and agents who have participated in this investigation.

## PROBABLE CAUSE

### A. Background regarding the "Tagged" platform

6.　　Through training and experience, I have learned subjects who traffic and exploit others for the purpose of sexual servitude commonly use social media platforms on the internet to recruit and sexually exploit their victims. One of those platforms is "Tagged," a publicly assessable dating/communication site. In an effort to combat the recruitment of women and children for the purpose of sexual exploitation via the Tagged social media platform, an online covert employee (the "UC") created the fictitious undercover ("UC") persona "Nikki" on Tagged.[1] The UC sent all of the Tagged messages and texts described below from within the State and District of Colorado.

7.　　In order to create a profile on Tagged you must provide a date of birth that indicates you are at least 18 years old. As a result, when the UC created the fictitious persona, the UC indicated Nikki was 18 years old and lived in the City of Englewood, which is located in the State and District of Colorado. When the UC created the fictitious profile, the UC used four different photographs that the UC received from a paid FBI female confidential human source (CHS). The photographs that were provided by the CHS were for the purpose of investigating sex buying and sex trafficking. The CHS does not have any knowledge of this investigation.

### B. Initial discussions between "King Maybach" (later identified as Alfred) and "Nikki"

8.　　On September 7, 2018, the UC received a message on the UC "G Baby" Tagged account that asked, "What's good wit ma." The message was sent from another Tagged user that went by the user name, King Maybach. Maybach's Tagged profile user picture depicted a black male with numerous tattoos on his arm. The unique Tagged User Identification number for the Maybach account was #5462690826. Maybach's Tagged page indicates he is a 29 year old black male that has been a Tagged member since January 20, 2012.

9.　　There were 107 photographs uploaded to Maybach's Tagged page. Many of the photos are of the same black male that is pictured in the profile pictures. The UC also observed multiple photographs that the UC knows based on his training and experience to be indicative of the pimping and prostitution culture. One picture stated, "If u not my hoe its not too late." This picture has "pimp thoughts" printed on the picture. Another photograph stated, "they independent until they money run out." This picture also has "pimp thoughts.biz" printed on it. The UC knows from his training and experience that a "hoe" refers to a prostituted person who engages in commercial sex. The UC also knows that the word "independent" refers to a person who engages in acts of prostitution on his or her own without being under the control of a pimp. Another picture depicts "Jason" the serial killer from the movie Friday the 13th and has a caption that states, "What square bitches see when I say I'm a pimp." The UC knows from his training and experience that a "Square Bitch" in the pimping and prostitution culture refers to a female

---

[1] I will refer to the UC with female pronouns because the UC was posing as a young woman.

that is not engaging in acts of prostitution. There are numerous other references to the pimping and prostitution culture found on Mayback's Tagged page.

10.    After receiving the first message from Mayback that asked "What's good wit ma" the UC replied (posing as G Baby) on September 10, 2018 by telling him she wasn't doing anything and that she was just chilling. Mayback replied by talking about how he was good and asking how far the UC was from Denver. After the UC told Mayback she was about 20 minutes away from Denver the UC asked Mayback where he was. Mayback stated he had just left Denver about two weeks ago and that he was back in Houston. Mayback stated he wished he would have seen the UC when he was in Denver and that the UC (posing as G Baby) "definitely coulda been extradited out of there." After Mayback stated he was in Houston, the UC told him that she had almost gone to Houston not too long ago. Mayback replied by stating she should have come to Houston and that, "Fate mighta made us meet and hell ain't no telling what we might have accomplished by now." Mayback then asked the UC what she was doing in Denver and who she stayed with. The UC replied by telling him that she was staying with a friend and that she was thinking about going back to her mother's in California because she hasn't been able to find work in Colorado.

11.    The UC asked Mayback what he was doing in Colorado when he was here. Mayback stated, "Well I usually make good money out there but this time I came by myself hoping to meet a female bout as gorgeous as you ready to take this journey to the top with me. Mayback went on to talk about how he believes that when two heads get together there wasn't "shit" they couldn't accomplish. The UC told Mayback that she loved how positive he was and that she needed that in her life. Mayback replied by talking about how he loved to be an inspiration to people that needed it because "we" all need it at times. Mayback asked the UC if she had a Snapchat account or phone number so they could talk. The UC explained that she didn't have a phone that worked but she could try to call him later when her friend went to sleep. Mayback then told the UC to download Snapchat so that "we can get ya lil pretty ass from out there and so I know I'm talking to G baby and not Gerald lol." The UC (posing as G baby) told Mayback that guys were constantly hitting her up on Snapchat so when her phone broke she stopped using it. Mayback replied by telling the UC, "Yea fuck em shit we gone redo all that shit any way if you gone fwm [Fuck with Me] I got you." The UC asked Mayback if he was going to score a phone for her and then sent a selfie type picture of the CHS to him. Mayback replied by stating the following, "Fasho imma get you everything you need but better then that imma show you how to get it yaself and make sho you ain't never gotta have them type of problems. We gone have problems like do we want the Rolce Royce or the Lambo." (The UC knew from having communicated with traffickers/pimps in the past that pimps/traffickers oftentimes use the lure of a lavish lifestyle as a recruitment tactic when they recruit women into commercial sex.)

12.    After Mayback received the photographs of the CHS, Mayback stated she was gorgeous but he could not see his name in the picture so he didn't know if it was a real picture. After the UC told Mayback she didn't know his name, the UC asked if it was "king Mayback." Mayback replied, "The one and only but you can just put Maybach." After Mayback asked the UC to send him a picture with his name on it to prove she was real, the UC contacted the CHS and had her take a selfie-type picture with the name "King Mayback" written on a piece of paper. After obtaining this photograph with Mayback's name on it, the UC sent it to Mayback. After

Mayback received the photographs he stated, "Man you need to HMU [hit me up] asap cause you lil cute ass got to much potential to be letting it go to waste out there ma." The UC did not reply to this message and this concluded the conversation on September 10, 2018.

13. On September 11, 2018, Mayback sent the UC (posing a G Baby) a message asking what happened to her. Mayback then sent the UC his phone number and stated he was going to direct her on where she needed to go. The number Mayback provided was 832-445-8360. (As explained in more detail below, this phone number was listed to Melvin Alfred. Based on photographic comparisons, the UC was able to confirm that Mayback was Alfred. From this point forward, I will thus refer to Mayback as Alfred.)

14. Alfred asked the UC who her friend was that she was staying with and the UC told him it was her ex-boyfriend and that she was only staying with him because she didn't have anywhere to go. The UC also told Alfred she was going to stay with her brother but she didn't get along with his girlfriend. The UC further told Alfred that her situation with her ex-boyfriend was bad and that he had a new "hoe." Alfred asked if the UC was "getting money with him." The UC replied, "No not like that he's a bitch not a pimp." The UC further stated that it would be nice to get out of her situation.

15. Alfred replied to this by stating, "Lol well then what's holding you back ma. You need to show that nigga what he had and lost cause if that bitch really down he'll get it back. But you right you need to get away from that shit but you need to listen to me and let me get you out of it since you don't know where to start." The UC replied by telling him okay and that she was down. Alfred told the UC that he knows her ex-boyfriend had something of value and went on to say, "Shit you need to go tear that mf apart and find what you can. Find you a trick on tagged in ya area and come with a fake story about you tryna get out a abusive relationship and you tryna make it home to your family and TRUSTTTT ME you gone make it to me, That all I have is good and great ideas hopefully I'll rub it off on you." The UC knew from his training and experience that a "trick" in the pimping and prostitution culture is a sex buyer and that Alfred was instructing the UC on how to make money through commercial sex on Tagged.

16. The UC told Alfred that he should just come get her. Alfred replied by stating, "Well show me that I should and listen to me and make sum happen ma, I'm tryna put you in a wayyy better situation but you gotta meet me at least half way ya dig. I know shit been fucked up but just like you taking a chance to come be down with me you gotta take a a chance and trust in the instructions I give you." The UC replied by saying okay and that she was "in 100." The UC also told Alfred that she wished he was still in Colorado so that they could link up.

17. Alfred stated, "Don't worry ya pretty lil head. Just trust me and find a older gentlemen preferably white and run that game like I told you. Trust me it's gone work especially if you conjure up sum tears and sell it right. You think you can handle that." The UC replied, "Yeah but where do I tell him and how much do I ask for. Idk [I don't know] if I can do it by myself." Alfred stated, "You tell him you need at least 700 that way you can get a phone and a ticket to me. How far is the closet bus station from you." The UC stated 20 minutes. Alfred stated, "you ain't gone be by yaself cause you got me so if there's anything you need to ask then you can ask me ma and I got you. Shit that's perfect you can get him to pick you up and drop you off so you can show him that you really trying to get away. Trust me you can do it I know

4

you can if I didn't I wouldn't even tell you to try. The UC replied, "700 is a lot how long do I have to b wit him." Alfred stated, "You ain't gotta be with him at all expect to get to where you going. Now if anything he might wanna spend some time with you before you go and I wouldn't give him enough time to get you a phone and maybe spend 30 Mina with him to get his lil rocks off but if you run it right you won't have to. 700 ain't shit ma especially for a young queen like yaself." (The UC knew from his training and experience that when Alfred talked about how she would only have to spend about 30 minutes with him until he got his "lil rocks off" he is referring to the UC engaging in a commercial sex act with a sex buyer. The UC also knows that in the pimping and prostitution culture Pimps and Sex traffickers commonly refer to their prostitutes as Queens.)

18.     The UC asked Alfred if he really thought someone would give her $700 just to fuck her for a few minutes. The UC also told Alfred that she didn't know anyone like that. Alfred replied, "Ma I've seen tricks give woman thousands of dollars and the female don't give him shit. It's not what you do its always how you do it. You gotta get it out ya mind that you can't and believe you can cause if you believe you can achieve. Do you have some older cats on here getting at you babygirl? I know you do." The UC (posing as G baby) replied by stating, "Ok if u think I can do it I will do it!! Where should I find a guy like that."

19.     The UC and Alfred then discussed talking with each other through a video chat. The UC suggested using the Imo video chat application or Instagram, however Alfred requested that the UC sign into her Snapchat so they could video chat.

20.     The UC had another paid female CHS (CHS 2) pose as G baby and make two recorded calls to Alfred at the number he previously provided (832-445-8360). The calls were recorded and monitored by the UC live.

### C.  Call # 1 at approximately 4:15 p.m.

21.     Alfred answered "Hello," and CHS 2 replied "Hey, it's Nikki." Alfred said hey what's the deal "ma." CHS 2 said that she was hanging out at the house trying to avoid her boyfriend. CHS 2 asked what Alfred was doing and he replied he was "chillin right now" and on the line with his cousin. Alfred asked if he could call CHS 2 back in about five minutes and the call was concluded.

### D.  Call # 2 at approximately 4:38 p.m.

22.     Alfred answered hello and what's the deal "ma." Alfred talked about CHS 2's situation (referring to her situation with her boyfriend). Alfred said he has been there at a younger age when he didn't know any better and it seemed like you asking me to do "this" and I'm just trying to get me something to eat and you said I can do this and it kind of sounds farfetched. But if Alfred didn't think she (CHS 2) could do "it," he wouldn't have told her the "shit." This is something Alfred knows for sure can work and as far as $700 goes, like compared to what CHS 2 really is supposed to be doing, it is nothing. CHS 2 replied "that's crazy" and talked about how she has a friend working at Arby's who only makes $350 per week. Alfred replied, "oh shit," that's how they do you you know. When you are working a "square" job - Arby's is a million dollar, billion dollar, franchise and the employees making the money are

"scratching and bustling" just to pay rent. It shouldn't be like that. Alfred told CHS 2 not to even put herself in that category because when he gets her to where she is going, and she sees what she can accomplish, and your home girls start seeing you shining, they are going to want to come and be "down" too. Alfred told CHS 2, "That's how you build an empire." CHS 2 said she is "down for that" and is "ready." CHS 2 talked about her "man" and how he has torn her down. CHS 2 said she wants to come out there. She told Alfred a guy online asked her for a blow job and asked Alfred if she would charge him $700 for the blow job. Alfred told her she would not charge $700 for that (referring to the blow job) and told her what she wants to do is charge for her time, which is the key thing for a real woman of the "game." It's about the time. All that "shit" don't matter, it's about the time you take out of your day to give the man the satisfaction he wants. (I know from my training and experience that the phrase "the game" refers to the pimping and prostitution culture.) Alfred told CHS 2 she should ask how much time he wants to be with her, and he (the commercial sex client) might say an hour or 30 minutes. Alfred told CHS 2 to tell the client she can't leave and to sell her story to him too. Alfred told her to tell the client she's in a tight situation and she wouldn't do it, and it ain't his business what CHS 2 is doing, but you (CHS 2) sell it to him (the client) like that. Alfred told CHS 2 to tell the client she isn't really trying to do this, but if she does it she has to get $500 if the client wants her for an hour and $300 if it's 30 minutes. CHS 2 asked what to do if they try to take the money from her. Alfred told her to always get the money first. CHS 2 told Alfred she is afraid because she is only about 105 pounds and he replied yeah, he saw how she was skinny and he likes that, but she couldn't fight a man. Alfred told her she wants to try to get the client to get a room or if she goes to their house, a person isn't trying to bring "bullshit" to their house. If he gets a room, the room is in his name so if he tries any "bullshit," "there you go." But nine times out of 10 he's not going to be on that kind of shit. Alfred told CHS 2 to find her an older gentlemen, white boys, Hispanics, blacks too, "everybody's money green," but with a black "dude" you really want to shoot for an older gentlemen because an older gentlemen really just wants that companionship. A young guy might pay you money, but he's going to want to "sit up in there, be in there, he gonna want to get some pussy" and he's going to want to spend his whole hour, 59 minutes, before he gets his "cock out." Alfred told CHS 2 to avoid those. Alfred told CHS 2 even if she goes to "hit this lick for the BJ," that she should find an older gentlemen and tell him she's in a situation and a guy is kicking her ass and she needs money to get out oft here. He's going to feel bad for you (referring to CHS 2) and that's how she gets that "bread." Even if he starts some bullshit, once you get the money, just go. (I know from my training and experience that the phrase "hit this lick" in the pimping and prostitution culture refers to doing a sex act on a date for money. I also know that the term "BJ" refers to a "Blow Job," which is oral sex that is performed on a man.) CHS 2 asked Alfred what to do if the client wants to put it in her butt (referring to anal sex). Alfred replied, "you ain't got a pussy?" CHS 2 replied yes, but she has never done anal before. Alfred told CHS 2 that what she's going to learn about "this game" is "tricks always try to get the most for the licks." Alfred told CHS 2 they (clients) are always going to try to get the most for their money and if she is willing to do what they're asking, she should charge the client more. But if she doesn't want to, she just tells the client she won't do that. Alfred asked CHS 2 about her situation and how she got into the situation with her boyfriend. She told Alfred her boyfriend doesn't have anything except a TV and a Play Station. Alfred told her to take the TV and Play Station and go straight to the pawn shop. She asked how she was getting to Alfred and he replied, "bus, plane, train." Alfred said he might drive out to get her if he knows she is for real, saying he had already done it before. CHS 2 asked if Alfred

wanted to video chat and he did. CHS 2 asked Alfred his name and he replied, "they call me Maybach," and that she should remember the name because he's going to be the one to change her life for the better. CHS 2 said she could Snapchat and Alfred provided his Snapchat, "yobichpayme503." She asked Alfred to text her his Snapchat as well.

23.     At the end of the call Alfred and CHS 2 agreed to conduct a video chat with each other through Snapchat. Alfred texted his Snapchat user name to CHS 2 and stated it was, "Yobichpayme503.

24.     The UC then had CHS 2 make two video chat calls to Alfred through their Snapchat accounts. CHS 2 was using a UC Snapchat account that the UC previously created for G Baby. This video chat was also recorded and monitored live by the UC. During the video call, the UC was able to positively identify the person that CHS 2 was talking to as Melvin Alfred, (DOB February 9, 1986).

### E.  Snapchat video chat

25.     CHS 2 asked what Alfred was doing and Alfred said he had just picked up some "smokes" and Popeye's. CHS 2 said she was glad to see him (referring to Alfred) and he replied he was glad to see her (referring to CHS 2) too. Alfred told her "they gonna love you out here," and "you're going to make so much money," and in about six months CHS 2 is going to say, "Maybach, what the fuck was I doing." CHS 2 told Alfred she is trying to be "there" (with Alfred). Alfred talked to her about how to handle herself in "there," referring to a commercial sex date. Alfred told her she has to go in, feel comfortable, tell herself if she is going to make some changes for the better, tell herself, I've got to do "this," and it's going to situate me to be "here" and we go from there. Alfred promised CHS 2 it is going to happen for her and said "let's do this." Alfred said he knows that guys are always trying to fuck with her and CHS 2 replied, "they do," asking how she can tell the difference between someone who just wants to have sex from someone who will pay to have sex with her. Alfred told her she doesn't want to be one of those "chicks" who are "thirsty for the bread." (I know through training and experience "bread" is a term used in the commercial sex industry to refer to money.) The connection was lost and the video call ended.

26.     CHS 2 conducted a second video call in which she just told Alfred to communicate via Tagged because she was borrowing the phone she called from and had to hang up. (The UC also monitored this video call live.)

27.     Alfred referred to CHS 2 as "ma" and "babygirl" during the calls.

### F.  Continued messages on Tagged

28.     After the UC had CHS 2 make the calls to Alfred, the UC sent Alfred a message through Tagged that stated, "It was nice to actually talk to you." Alfred replied, "It's gone even better when we get to getting this money." Alfred then asked the UC, "Have you been tryna catch you a date on her yet." (The UC knows from training and experience that when Alfred asks this question he is asking if the UC (posing as G baby) has found a sex buyer on Tagged.)

7

29.   The UC replied to this question this next day: "I was fuckin with it last night a lot of guys r out of state and some just send dollar signs. Hard to be online at same time they send message." Alfred replied, "Shit ma you need to make your page private and try to get you sum out of Denver since that's close to you. Shit run that game on them too shit you can have them buy the ticket and then switch the destination. But you can't be scared to catch you one babygirl." The UC told Alfred that she wasn't scared but that she was nervous because she was by herself. She also told Alfred that nobody on Tagged was "talking high dollar shyt." Alfred stated he understood and explained that even if she (G baby) was there he wouldn't be able to sit in the room with her while she turned a date. (The UC knows from training and experience that when Alfred talked about turning a date he is referring to the UC (G baby) engaging in an act of prostitution.) The UC replied to this by saying she (G baby) was aware of that, but she felt like he (Alfred) would be there if it went bad. The UC further explained that she felt like if they were together he would be able to teach her how to talk to the guys and work it.

30.   Alfred then asked the UC what the people on Tagged were saying to her. The UC told Alfred that most of them were offering $80-100 and that most of them just wanted to go on a date. Alfred replied, "Shit ma I can do that from here but we gotta be able to talk like yesterday so you can fully understand. Don't do shit for nothing less then 3 but like I said you can't be looking for the lil young dudes you feel comfortable with you need older gentlemen. The UC replied by telling Alfred that she was looking for older dudes. Alfred stated, "That's cool that's when you sell ya story tell him you would love to but right now tryna fix your situation. Like I said ma you get paid for your time so if he wants to do that you have to let him know." The UC asked Alfred if this is how they were going to do it when she made her way out there and if they were going to do it on Tagged. Alfred replied by stating, "Hellllll fuck no this shit is for the birds but the situation you in this seems like your only way to get rolling right now." Alfred went on to say that a "real one" (referring to a prostitute) can make something happen anywhere and that she (G Baby) could walk to the store and catch a trick.

31.   The UC replied by telling Alfred that it might be possible where he's at but that out here (Denver) it sucks for that. Alfred stated, "See that's what's holding you back ma I promise, yea it might not be the best but there's enough money to get you outta there and to me. I told you when you put ya mind to it you most definitely can do it."

32.   The UC asked Alfred how much they needed for her to get out to him. The UC further stated that she couldn't stay where she was much longer because it was bad between her and her ex-boyfriend. Alfred replied,

"Shit ma if you close to Denver the bus there say if you leave today it ain't nothing but like $201 dollars so I'll say about 250 3. I bet ma like I said I wish the nigga had something worth value cause he could be ya ticket out that mf. Fuck him since he tryna dog you out anyway."

8

33.     After Alfred talked about the bus price being $201, the UC looked up the Greyhound bus ticket prices from Denver to Houston on 09/12/18 and learned it was exactly $201 dollars to travel one way. The bus schedule indicated that the bus left on 09/12/18 at 7:35 pm.

34.     The UC told Alfred that she felt like she could get $300 quickly from dates and get on that bus. Alfred replied, "Bet make it happen. Let me know you good before each one so I know you straight. But if you can catch one slipping take his pants and run out the door if he got some cool money on him cause so t like you gone be there anyway." The UC replied by telling Alfred that she could do it and then told him that he had to promise to get her from the bus station because she hasn't ever been there before. Alfred stated, "Fasho matter a fact the bus leave at 730 so you need to be there at like 630." Got u ma you might catch you a date on the bus to but try and make one of them tricks buy you a lil cheap phone too." Based on what Alfred was saying about the bus departure time, the UC believed he was actually looking up the Greyhound bus schedule to assist in facilitating the transportation of the UC (G baby) to Houston for the purpose of having the UC engage in commercial sex.

35.     Alfred went on to state, "I'm serious yea the bus leave tonight at 730 but you gotta be there like a hr or so earlier to get a fasho ticket and seat. I'm serious." The UC asked Alfred if he could get the ticket for her in case the bus filled up. Alfred stated, "Shit ma I thought you had it. You said you can come up with it like you was sure." The UC stated she could but that she didn't know if she could do it by 6:00 pm that night. At the time the UC was texting with Alfred it was around 1:00 pm and Alfred wanted her to be there at 6:00 pm. The UC told Alfred that she still had to pack her bags and get to the station. Alfred stated, "Shit ma you need to get to it then cause one trick can make all that happen but a closed mouth don't get fed. And you need to be packing whatever you got now like ASAP if all else fells there's another bus leaving tomorrow at 8 in the morning. Let's make solutions not excuses babygirl." The UC replied that she was trying. Alfred stated, "I know you are ma and I got faith in you even if you don't have it in yourself. Shit by the weekend you'll be down here making some real money and mashing for greatness with me babygirl." The UC told Alfred that she needed that right now. Alfred then stated, "It's coming it's just waiting on you."

36.     The UC again looked up the Greyhound bus schedule and confirmed that a bus did leave Denver at 0820 hours the next day.

37.     Since Alfred was directing the UC to engage in commercial sex to raise the money to pay for the bus ticket to Houston, the UC told Alfred that a guy (sex buyer) had just sent her a message that stated "$$." The UC asked Alfred what she should say. Alfred told the UC, "Say hi baby what's up. Ask him what he's trying to get into today." The UC told Alfred that the sex buyer said he was looking for a "qv" and that he sent her a picture of a rose. (The UC knows that a "qv" refers to a quick visit where a commercial sex act would occur. The UC also knows that sending a picture of a rose in the pimping and prostitution culture refers to $100.00.) After the UC asked Alfred what that meant, Alfred stated, "that mean 100." You can take that for 15 min but make sho it's no more then that." For clarification, the UC asked Alfred,

9

"Lol 15 minutes... ok so just quick sex?" Alfred stated, "Yea make sho you get ya money first. Try and make his ass tip you. Hopefully that pussy good and he won't be there long." The UC told Alfred that her "shyt" was the bomb and that this would be quick. The UC also told Alfred that she didn't have a car and asked if she should meet him somewhere. Alfred told the UC to meet the sex buyer down the street or somewhere close by. He then asked what race the sex buyer was. The UC told Alfred that he was white.

38.     Alfred stated, "Ok well work ya magic try to get the most but make sho you get what you was promised off the rip ma. If he ask why tell him you a female and you gone make sure he has a good time but you don't want any problems."

39.     The UC told Alfred that the sex buyer was going to meet her in 1 hour. Alfred told the UC that she needed to try and set something else up as well because the date wasn't a sure thing until she got the money.

40.     The UC told Alfred that most of the guys (on Tagged) were just telling her that they wanted to fuck. The UC then asked Alfred if he thought they were serious or not. Alfred stated that some were serious and that some were bullshitting. Alfred stated the UC would be able to tell if they were serious by that they say. Alfred specifically told the UC not to send any pictures unless they were to him. The UC (posing as G baby) told Alfred that she was nervous because her phone wouldn't work without Wi-Fi when she was with the sex buyer. Alfred told the UC, "Well make sho you let me know when yo leaving and where y'all going before you leave. If get a room try to get it for the whole day that way you can be gone when ya x get back."

41.     Since Alfred was continuing to direct the UC to engage in commercial sex to raise money to buy the bus ticket, the UC told Alfred that a Hispanic man said he would pay $350 for an hour. Alfred stated, "Get it babygirl." The UC asked Alfred what she should say to him because she did not have a place to do it at for 1 hour. Alfred stated, "Make sho you get yaself all cute like you finna go out with me and stunt on mfs lol, No it's not once he done he done ma you ain't gotta stay the whole hr and if he tryna go again tax him again. Same shit pic you up down the way and go to closes hotel by you. Now he'll probably be the one to get you a lil cheap phone."

42.     The UC asked Alfred how much she should ask for if he wanted to do it a second time. Alfred stated, "If you know he quick then another 150 but if he tryna be there another hr 350. Ma always remember you worth more so that's a deal to any mf tryna spend time with you." Alfred then asked what the sex buyer said. The UC told Alfred that she was going to meet a sex buyer now. Alfred told the UC to be careful and asked how much the date was for.

43.     The UC stopped messaging for a short time and later told Alfred that the date was for $100 but that he never showed up. The UC went on to tell Alfred that there was another person who wanted to pay $250. The UC told Alfred that another person asked her if she did "BB" and asked what that meant. Alfred stated if meant Bare back and that it meant "no

rubber." Alfred asked what the guy who offered $250 said. The UC told him that he wanted sex for $250. Alfred asked the uC if she told the sex buyer that he would have to get the room if he wanted an hour. Alfred also asked the UC if there was a store nearby and suggested that the UC tell the sex buyer that he could meet her there and pick her up. Alfred further stated that the UC could have the sex buyer also pick her up from where she was because she wasn't going to be staying there.

44.     A short time later Alfred asked the UC, "whats the word on the trick." The UC told him that the trick (sex buyer) was going to pick her up in 45 minutes. The UC then texted an actual screenshot of a message between the UC and an unknown Tagged user who offered her 350 for an hour. The UC told Alfred that he was on his way and that she would text him later. Alfred stated, "He not old ma be careful let me know."

45.     A couple hours later Alfred asked if the UC was good. The UCby stating she was fine and then asked if she could call him. Alfred said yes, so the UC told him that she would call from a neighbor's phone.

### G. Call to Alfred on 09/12/18

46.     On September 12, 2018, at approximately 9:00 p.m. the UC had CHS 2 make another recorded call to Alfred, which was monitored by live the UC. The call was made to Alfred at the number he previously provided (832-445-8360). CHS 2 told Alfred she just got in a fight with her boyfriend and she was at the neighbor's house. Alfred asked CHS 2 what happened with the "trick," and CHS 2 replied she did it. Alfred asked if she had $250 on her. CHS 2 said the first guy for $100 didn't end up coming, but the other dude came in his car and they went down the street to the park and the CHS did exactly what Alfred said and Alfred knows what he's talking about because she made $250. Alfred replied, "of course," and he wasn't giving her bullshit. Alfred told CHS 2 he knows her situation is "fucked up" and she's striving for a better one which will make her more motivated to "get it." Alfred told her she needed to come up with $50 or $60 more, $67 more, or even $100 because Alfred doesn't want her on the bus with no money because she's going to get hungry. CHS 2 told Alfred she may just take money out of her boyfriend's wallet because she wants to get out to Texas even though she's never been there. Alfred told CHS 2 he is going to take her a lot of places and that he just came back from Denver. Alfred said he needs to find his Green Solution card so when he goes back to Denver he's got points. Alfred asked CHS 2 if she smoked and she replied she did. CHS 2 asked Alfred if he would pick her up if she got on a bus tomorrow and he replied, "of course." Alfred says they need to figure out which bus because the next one that leaves is at 8:30. CHS 2 said she will wake up at 7:30, and he said she needs to wake up at 6:30. Alfred told CHS 2 she needs to be at the bus station with her stuff at about 7:00 or 7:30. Alfred told CHS 2 to take her boyfriend's wallet in his pants, because if he gets up he's going to be looking for his pants. Alfred said he's got her and wants her to ride for him because he's going to take her on a journey. CHS 2 said Alfred's going to have to teach her because she didn't even know what a "bb" was and he replied, "of course you don't, ma" and said he knows she doesn't know how to do that "shit," and that's why he's going to have to show her. If she already knew what to do, he

wouldn't have to give her the instructions he's giving her now. Alfred told CHS 2 if she doesn't think she can get up in the morning just to stay up because the bus ride is going to take about 23 hours. She asked if it was just her and Alfred. Alfred said he had a girl from "Cali" and that he told the girl from "Cali" about her (CHS 2) and that the girl from "Cali" is supposed to be coming down Wednesday. CHS 2 asked if she would meet the other girl and Alfred replied, of course, we're going to get this money together. Alfred said they are going to hit the road to get this money. Alfred asked when CHS 2 took the picture in the hotel, saying he liked the picture and that they were going to make a "bank roll." Alfred told her to contact him on Tagged or Snapchat before she leaves tomorrow morning. Alfred asked her how she was going to get to the bus stop and CHS 2 said her neighbor would drive her. In addition to "ma" on the call, Alfred referred to CHS 2 as "babygirl."

### H. Continued Tagged messaging

47.     After the call the UC sent Alfred a message through Tagged telling him that she could not chat at that time but she would hit him up later. Alfred told her to handle her business and that he would be waiting on her.

48.     On September 13, 2018 at 5:44am, the UC sent Alfred a couple of messages asking if he was awake. After Alfred responded, the UC told him that he had never worried and that she was headed to the bus station. The UC then asked Alfred if they were still doing this. Alfred stated, "Of course how much did you end up with ma. How you gone get there." The UC told Alfred that she had $300 and that her neighbor was taking her to the bus station. The UC asked Alfred, "You promise you gonna pick me up I ain't never been there and wont have money to get back if you don't." Alfred stated, "Ma why would I not pick you up." The UC told him that she was just worried because they have not met. Alfred stated, "I got you you gone make it here at 11 am tomorrow but it's saying that you need to get the tickets online since its only a hr before the bus leaves. You probably gone have to get a lil Visa card and put the money on it unless you can just give the 203 to your neighbor if she got a card and tell her to get it for you. I got you babygirl."

49.     After the UC told Alfred she would ask the neighbor, she again asked Alfred if he could get it for her. Alfred told the UC to stop and get a visa card for $203 and went on to say, "I got you ma. You ain't gotta worry about shit when you get here but just get that ticket and get on the bus. I got soon as you get here." After the UC told Alfred they were running behind he stated, "Yeaaaa I wish I woulda been up I woulda told you to leave then but yo need to go he's and leave me it's about to be 8 and you still need to stop and get the card." The UC told Alfred that her neighbor's boyfriend was going to get the bus ticket for her and that she would text him later because we had to get it done. Alfred stated, "Try and hurry cause they gone stop selling the tickets 20 min before the bus takes off. And you do have ID and shit huh." After the UC told him that she had an ID, Alfred told the UC to let him know when she booked the ticket.

50.     A short time later the UC told Alfred that she got the last seat on the bus and that she was trying to get on. The UC told Alfred that she would text him using the Wi-Fi on the bus. Alfred stated, "Ok be careful babygirl I'm waiting on ya. I'll have a blunt for ya when you touch down.

51.     After the actual scheduled departure of that bus at 8:20am on September 13, 2018, the UC sent Alfred a text letting him know she made it on the bus. The UC sent this text from an undercover phone number and told him she was borrowing another passenger's phone. The UC told Alfred that once she connected to the Wi-Fi on the bus she would text him on Tagged again.

52.     As the bus was en route to Houston from Denver, the UC continued to text with Alfred off and on. During these conversations Alfred would ask where the UC was and for her to send him a picture. The UC sent a picture of the CHS which depicted her on the bus and after Alfred received it he stated, "Looking like my future million dollar bitch." (The UC knows from training and experience that pimps commonly refer to their prostitutes not only as a Queen but also their bitch.)

53.     The UC asked Alfred how all this was going to work and where they would be going. Alfred stated,

> "Shit babygirl the earth is our turf we gone go wherever the money is. I got you babygirl. I know you nervous but just as cool in person as how we been talking on the phone only thing I ask is loyalty determination and dedication to reaching our goals. Arizona New Mexico Philadelphia New York Louisiana Vegas Miami shit wherever it's popping at."

54.     The UC asked Alfred how much he thought we could make. Alfred stated,

> "I can't put no limit cause I feel like my game priceless, and since you down with me so are you. But yo lil sexy ass shouldn't be bringing in nothing less then a rack a day. Shit ol girl I told you bout had a lick for 600 last night after we got through talking she came home with 3500.

55.     Based on this message that Alfred sent the UC believes, based on his training and experience, that Alfred is currently pimping at least one other girl.

56.     After the UC asked Alfred how much a rack was worth he stated $1,000. Alfred then sent a picture of a large amount of cash lying on a bed and a screenshot of text messages that appear to be between him and an unknown girl by the name of Samantha. The texts were dated September 13, 2018 at 2:39am and show a part of the conversation about making $600.

57.     The UC asked Alfred how they were going to split the money and told him she have never made that kind of money. Alfred indicated he does not split the money and that it would all go to him and that he would take care of the UC by stating,

"I don't do splitting babygirl I take care of everything you need, your problems are mine sho I expect a 100%. Like I said ma this ain't no fly by night shit I want loyalty. You was broke and didn't know what to do a couple days ago now look you on ya way to Htown where it's finna go down. Trust me ma you ain't gone want for shit hell imma take care of you better then you have ever taken care of yaself." Alfred then sent the UC two pictures that depict expensive shoes and clothing bags and stated, "I take care of mine."

### I. Additional Confirmation that "King Maybach" is Alfred

58. On September 11, 2018, the UC told me he was communicating with King Maybach via phone number 832-445-8360 and that King Maybach told the UC he was in Houston, Texas. I conducted a database search which revealed the number was associated with the following individual: Melvin Roshard Alfred, date of birth (DOB) February 9, 1986. The open source search also showed Alfred was associated with addresses in Texas, including Houston, Texas addresses. I obtained a copy of Alfred's DMV photograph and showed it to the UC. The UC advised Alfred appeared to be King Maybach based on photographs associated with King Maybach's Tagged profiled. I also compared the DMV photograph to still captures from the video call the CHS made to Alfred on 09/11/2018 and believe they are the same person.

59. I searched Facebook and located the profile "Maybach Mel" (www.facebook.com/melly.mel.148116). I compared photographs posted on the account with Alfred's DMV photograph and believe they are the same person. I reviewed the account and observed posts/images I know through training and experience are indicative of pimping to include: large quantities of cash and references to pimping and prostitution. Some of the references to pimping and prostitution included:

    a. "A bi**h [bitch] gone be bi**h [bitch], a h03 [hoe] gone be a ho3 [hoe], my niggas them my niggas, thats something you need to know....aint no way around ittttt"

    b. "RIP mama pimp you breed one of the realest niggas ever so just with that your memory will never be forgotten."

    c. One of the photographs posted was Alfred ironing $100 bills and some of the comments read:

        i. "Lol… Lord I remember when I use to iron my money u know back in my pimping days …. Lol …"

        ii. "U look like one of those skinny pimps … Lol…"

60. An open source search of phone number 832-445-8360 also associated the phone number with a Tango account with display name "Maybach m." The profile picture associated with the account was a cartoon of a black boy and three white girls around him. The caption to the cartoon read, "THESE ARE YOUR WIFEYS. TEAMWORK MAKES THE DREAM WORK." I know through training and experience "wifey" is a term used by commercial sex workers when referring to fellow commercial sex workers they are working with. I also know

14

through training and experience that human traffickers often refer to themselves and the commercial sex workers who work for them as a "team." There is also a round logo on the cartoon with a large "P" in the middle and www.pimpthoughts.biz across the top and bottom of the logo.

61.     I searched the FBI's system for Alfred and located a FBI case out of San Antonio, Texas. According to the file, on February 3, 2015, a 16 year old victim juvenile was recovered in San Antonio, Texas during a undercover sting-operation. This operation was conducted by the San Antonio Police Department Vice Unit. Upon investigation, it was discovered that the victim was being prostituted in multiple states by Melvin R. Alfred and Jacques Kelly. The victim was taken to the Missing Person's Unit and then interviewed on sight. The victim was then transported to the Bexar County Juvenile Detention Center for processing. Melvin R. Alfred fled the location in a silver colored Mercedes Bend.

62.     The victim was later sent to a youth shelter in East Texas where she remained until late August 2015. The victim was later interviewed by her Bexar County Probation Officer Rosalie Vogt who advised investigators that she was reluctant to cooperate with law enforcement regarding her last pimp, Jacques Kelly (Kelly), who prostituted her in San Antonio when she was recovered during the undercover sting operation. The victim identified pimp Melvin Rashard Alfred, who prostituted her in Houston, Texas in 2014. Upon investigation, it was discovered that the victim was being prostituted by Melvin Roshard Alfred, born February 9, 1986 in multiple states across the country. The victim stated that she ran away from home and met Alfred, who began prostituting her in 2013-2015. The victim stated she was beaten by Alfred on several occasions and that the money that she made from the prostitution all went to Alfred. The victim stated that Alfred transported her and other females in a silver colored Mercedes Benz (vehicle). (I identified Kelly, a/k/a "So Swiftt," in a prior investigation associated with Maurice Stephens, a pimp out of Texas who was arrested on a similar undercover operation. The communication between Stephens and Kelly were indicative of Kelly also being a pimp. I obtained Kelly's criminal history, and he had multiple human trafficking related arrests.)

## J.  Arrest of Alfred

63.     On September 14, 2018, Alfred texted that another "gentleman of the game" was going to pick him (Alfred) up and take him to get the UC at the bus station. Alfred also told the UC the other individual's daughter was with them. Agents observed Alfred being picked up by a red Honda Accent, license CTR30382, and they followed him from his residence to the bus station. During this time, Alfred was communicating with the UC and giving the UC updates about how far he was from the bus station. The timing of the updates corresponded with what Alfred was communicating to the UC. Alfred told the UC he was in a little red car and would pick up the UC in front of the bus station. At approximately 11:42 a.m. (CST) (10:42 a.m. MST) Alfred told the UC he was pulling up in front of the bus station, which is located at 2121 Main Street, Houston, Texas. Agents observed the red Honda Accent park in front of the bus station and Alfred was arrested in the vehicle pursuant to probable cause. Another male and a two year old girl were also in the vehicle. Agents provided me a photograph of Alfred in custody, and I recognize him as the same person from the video chat and identified above: Melvin Roshard Alfred, born February 9, 1986. Agents recovered a phone from Alfred when he

15

was arrested. The UC placed a call to Alfred's phone, number 832-445-8360, and the screen showed an incoming call from 720-788-7899, which is the UC's phone number. The UC also sent a message to Alfred's Tagged account and the screen showed an incoming message from Tagged from G Baby, the UC's Tagged account. A loaded Glock 23 handgun was located in Alfred's waistband when he was arrested.

## CONCLUSION

64.    Based on the above, I submit that there is probable cause to believe that from on or about between September 7, 2018 to September 14, 2018, in the State and District of Colorado and elsewhere, Melvin Roshard Alfred, a/k/a "King Maybach," violated Title 18, United States Code, Section 2422(a).

I, Robert Spivey, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.


*s/ Robert Spivey*
SA Robert Spivey
FBI


Submitted, attested to, and acknowledged by reliable electronic means before me on this ____14th____ day of September, 2018.

THE HON. NINA Y. WANG
UNITED STATES MAGISTRATE JUDGE


**Affidavit reviewed and submitted by Emily May, Assistant United States Attorney.**

16

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| MELVIN ROSHARD ALFRED, | ) | Case No.  **18mj01170-KLM** |
| a/k/a "King Maybach" | ) | |
| ———————————————— | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary
delay *(name of person to be arrested)* _MELVIN ROSHARD ALFRED_
, who is accused of an offense or violation based on the following document filed with the court:

☐Indictment   ☐Superseding Indictment   ☐Information   ☐Superseding Information   ☒Complaint

☐Probation Violation Petition   ☐Supervised Release Violation Petition   ☐Violation Notice   ☐Order of the Court

This offense is briefly described as follows:
Coercion and Enticement, in violation of 18 U.S.C. § 2422(a)

Date: **14 Sep 2018**

*Issuing officer's signature*

Nina Y. Wang
United States Magistrate Judge

City and state: Denver, Colorado

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.:

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MELVIN ROSHARD ALFRED,
        a/k/a "King Maybach"

        Defendant.

## MOTION TO RESTRICT COMPLAINT

The United States of America, by Assistant United States Attorney Emily May, respectfully moves the Court for an order restricting the criminal complaint and arrest warrant in this matter at a Level 1, reviewable by "the parties and the Court" only, as well as this Motion and any order issued by the Court with regard to this Motion until further order of the Court.

The complaint, arrest warrants, and this motion pertain to an ongoing investigation. If these documents do not remain restricted after Defendant Alfred's initial appearance, the government is concerned that the ongoing investigation into human trafficking of minors and

//

//

//

//

adults will be jeopardized. But the government asks for a Level 1 restriction so that the defendant and his counsel will have access to the case materials after his arrest.

Respectfully submitted,

By: _s/ Emily M. May_____

Emily M. May
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Emily.May@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.:

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MELVIN ROSHARD ALFRED,
        a/k/a "King Maybach"

        Defendant.

---

## ORDER TO RESTRICT COMPLAINT

---

    The Court has for consideration the government's Motion to Restrict the Complaint. Upon consideration and for good cause shown,

    IT IS ORDERED that the complaint, arrest warrant, Motion to Restrict Complaint, and this Order are hereby restricted at a Level 1 restriction until further order of the Court.

    IT IS SO ORDERED on this __14th__ day of September, 2018.

                BY THE COURT:

                THE HON. NINA Y. WANG
                UNITED STATES MAGISTRATE JUDGE
                DISTRICT OF COLORADO